JAMES HUNT MILLER (St.BarCal.# 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catherine Aurora Ortiz,<br><br>Plaintiff,<br><br>vs.<br><br>Commissioner of the Social Security Administration,<br><br>Defendant. | PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION (with ~~proposed~~ order) |

MOTION.

Plaintiff hereby requests additional time in which to file Plaintiff's Reply. Pursuant to the time allowed in the Procedural Order (14 days from service of opposition) and F.R.Civ.P. Rules 6(e) and 5(e) (3 days), and filing\service of the opposition on July 16, Plaintiff's reply was to have been filed by August 2. Plaintiff seeks a 14-day extension, or until August 16, 2012. Such extension would not affect Defendant, but would make submission for decision, upon filing of Plaintiff's reply, 14 days later.

Defendant, through counsel Patrick Snyder, stated (by e-mail) to Plaintiff's counsel that Defendant does not oppose this request. Plaintiff submits and requests that no hearing is necessary in this motion, as is usual in Social Security litigation (per

1 the Procedural Order), and also because Defendant would not be harmed by the
2 extension and Defendant does not oppose the request.
3      RESPECTFULLY SUBMITTED on this 16th day of August, 2012.

5      /s/
       James Hunt Miller, Attorney for Plaintiff

7 ORDER <s>(PROPOSED)</s>
8      PURSUANT TO PLAINTIFF'S UNOPPOSED MOTION, IT IS ORDERED
9 that Plaintiff may have a 14-day extension, or through August 16, 2012, in which to file
10 a reply.

12 DATE: August 17, 2012         *Lucy H. Koh*
                                 LUCY H. KOH
                                 United States District Judge